## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **APACHE CORPORATION,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 4:15-CV-1114** |
| | § | |
| **MERIDIUM, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

This Court, having considered the Agreed Motion to Vacate Docket Control Order ("Motion") filed by Plaintiff Apache Corporation, is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Motion is hereby GRANTED and the Court's September 28, 2015 Docket Control Order is hereby VACATED.

SIGNED this 8th day of August , 2016.

_____
Hon. Sim Lake
United States District Judge