# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| APACHE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MERIDIUM, INC.<br><br>    Defendants. | Case No. 4:15-cv-01114 |

## UNOPPOSED MOTION TO RESCEDULE INITIAL PRETRIAL AND SCHEDULING CONFERENCE

Defendant, Meridium, Inc. ("Meridium") hereby files its Unopposed Motion to Reschedule Initial Pretrial and Scheduling Conference currently set for August 31, 2018, and states:

1. Pursuant to Docket No. 28, this Court ordered the parties to appear at an Initial Pretrial Scheduling Conference on August 31, 2018.

2. As ordered by the Court, counsel for Plaintiff Apache Corporation ("Apache") and Meridium had already held their Rule 26 conference and are in process of completing their Joint Discovery and Case Management Plan for submission to the Court.

3. Lead counsel for Meridium, however, has a conflict with the August 31, 2018, conference date. Specifically, that is the Friday before the Labor Day Weekend, and Mr. Kunin is already scheduled with his spouse to fly from Atlanta, GA to Ft. Myers, FL for the Annual Florida Bar Business Law Section retreat. Mr. Kunin is on the Executive Council of the Section as its Out-of-State representative and is a sponsor of the retreat.

4. As a result, Meridium moves that the Initial Pretrial and Scheduling conference be rescheduled.

5. Counsel for Apache, Gabe T. Vick, has been consulted regarding this matter and does not oppose the relief sought.

WHEREFORE, Meridium respectfully requests that the Initial Pretrial and Scheduling Conference set for August 31, 2018, be rescheduled.

This 16th day of August 2018.

                Respectfully submitted,

                /s/Lawrence H. Kunin
                Lawrence H. Kunin (Pro Hac Vice)
                Northern District of Georgia (no Bar # assigned)
                Gerogia State Bar No. 430333
                Florida State Bar No. 50210
                Morris, Manning & Martin, LLP
                *lkunin@mmmlaw.com*
                1600 Atlanta Financial Center
                3343 Peachtree Road NE
                Atlanta, Georgia 30326-1044
                404/504-7798
                Fax 404/429-0305

                Attorney-in-Charge for Meridium, Inc.

OF COUNSEL:

Clifford L. Harrison
State Bar No. 09113800
Federal Bar No. 3070
charrison@munsch.com
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam, 27th Floor
Houston, Texas 77002
(713) 222-1470 Telephone
(713) 222-1475 Facsimile
ATTORNEYS FOR DEFENDANT MERIDIUM, INC.

## **CERTIFICATE OF SERVICE**

  I certify that on the 16th day of August, 2018, a true and correct copy of the foregoing instrument was served upon all counsel of record, pursuant to the Texas Rules of Civil Procedure, by electronic e-service as follows:

Gabe T. Vick
James J. Ormiston
Gray Reed & McGraw, LLP
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Attorney for Apache Corporation

                /s/ Clifford L. Harrison
                Clifford L. Harrison