UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APACHE CORPORATION, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-15-1114 |
| MERIDIUM, INC., | § § § | |
| Defendant. | § | |

## **RECUSAL ORDER**

1. I stand **RECUSED** in this case.

2. Court settings are **VACATED**.

   **SIGNED** at Houston, Texas, this 16th day of August, 2018.

                                    _____
                                            SIM LAKE
                                    UNITED STATES DISTRICT JUDGE